IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRYSTLE XYLINA MILLER-ALBAREZ,

       Plaintiff,

v.                                                                                                    No. 2:25-cv-01269-KWR-JHR

UNITED STATES OF AMERICA,
SOCIAL SECURITY ADMINISTRATION,
U.S. DIGITAL MILLENIUM COPYRIGHT ACT,
WORLD,
FACEBOOK,
DONALD TRUMP,
STATE OF NEW MEXICO,
GOVERNMENT,
NEW MEXICO HEALTH CARE AUTHORITY and
HUMAN SERVICES DEPARTMENT,

       Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint, Doc. 1, filed December 15, 2025. Plaintiff asks, among other things, that the Court:

> Stop [Defendants from] stealing my identity and stop making my eyesight … being stalked and sexually assaulted by a serial stalker girls and men who have preformed a serious medical malpractice procedure deteriating her the Plaintiff's only 1. Plaintiff health. . . [and] stop allowing her the plaintiff to be murdered freely and violating all plaintiff constitutional rights.

[sic] Complaint at 1-2.

United States Magistrate Judge Jerry H. Ritter notified Plaintiff that the Complaint should be dismissed for failure to state a claim and ordered Plaintiff to file an amended complaint. *See* Order at 2, 4, Doc. 3, filed January 9, 2026 (notifying Plaintiff that failure to timely file an amended complaint may result in dismissal of this cae). Plaintiff did not file an amended complaint by the January 30, 2026, deadline.

Judge Ritter also notified Plaintiff she has not paid the $405.00 fee as required by federal law or filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Long Form Application").  Judge Ritter ordered Plaintiff to either pay the fee or file a Long Form Application.  *See* Order at 1-2, 4 (notifying Plaintiff that failure to timely pay the fee or file a Long Form Application may result in dismissal of this case).  Plaintiff did not pay the fee or file a Long Form Application by the January 30, 2026, deadline.

The Court dismisses this case without prejudice because Plaintiff has not complied with Judge Ritter's Order to file an amended complaint and to file a Long Form Application to proceed *in forma pauperis*.  *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**


    /S/ Kea W. Riggs
**UNITED STATES DISTRICT JUDGE**